(92 South. 921)

Ex parte POLLOCK DRY GOODS CO. THOMPSON v. POLLOCK DRY GOODS CO. (1 Div. 230.) (Supreme Court of Alabama. Jan. 19, 1922.) Certiorari to Court of Appeals. Smiths, Young, Leigh & Johnston, of Mobile, for appellant. W. B. Inge, of Mobile, for appellee.

GARDNER, J. Petition of Pollock Dry Goods Company for certiorari to Court of Appeals to review and revise the judgment of such court reversing and remanding on the appeal in W. T. Thompson v. Pollock Dry Goods

Company, 18 Ala. App. 326, 92 South. 22. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concurred.